UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSE LUIS GONZALEZ ORTEGA,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>Respondents. | Case No. 2:26-cv-02944-TMC<br><br>STIPULATED MOTION TO STAY AND ORDER |

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until March 9, 2027. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-485, Application to Register Permanent Residence or Adjust Status.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

Plaintiff will be interviewed by USCIS on December 9, 2026 at 12:00 pm. USCIS anticipates that it can adjudicate his application within 90 days after the interview, absent unforeseen circumstances. With this additional time, the claims in this litigation may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiff will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action to be stayed until March 9, 2027. The parties will submit a joint status report on or before the end of this period.

Dated this 23th day of October, 2026.

**ORDER**

The case is stayed. The parties shall submit a status update on or before March 9, 2027. It is so ORDERED. Dated this 26th day of October 2026.

Tiffany M. Cartwright
United States District Judge

Respectfully submitted,

s/ *Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-1634
Fax: 206-553-4067
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 246 words, in compliance with the Local Civil Rules.

s/ *Shara Svendsen*
SHARA SVENDSEN, WSBA No. 38151
Law Office of Shara Svendsen, PLLC
16300 Mill Creek Blvd, Suite 206
Mill Creek, WA 98012
Tel. (425) 931-1178
Fax (425) 953-2410
Email: shara@svenlaw.com

*Attorney for Plaintiff*